UNITED STATES of America,
Plaintiff–Appellee,

v.

Todd Jerone EUTSEY, Defendant–Appellant.

No. 08–13904
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 10, 2009.

Todd Jerone Eutsey, pro se.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Todd Jerone Eutsey, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the

district court's order reducing Eutsey's sentence is **AFFIRMED.**